CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

*for Harrisonburg*

JAN 24 2008

JOHN F. CORCORAN, CLERK
BY: *[signature]*
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | Case No. 5-07-cr-00057-01 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **JOSEPH ALGER,** | ) | By: Glen E. Conrad |
| | ) | United States District Judge |
| Defendant. | ) | |

It appearing that the magistrate judge has submitted a report and recommendation that the defendant's guilty plea be accepted; and it further appearing that no objections have been filed to said report and recommendation; and it appearing proper, it is **ORDERED** that said report and the findings and recommendation contained therein are hereby accepted in whole and the defendant will be adjudged guilty of each offense to which the defendant entered a guilty plea.

The Clerk is directed to send certified copies of this Order to all parties.

ENTER:  January 24, 2008

*[signature]*

United States District Judge